THEODORE W. CRAWFORD v. WILLIAM H. ENGLAND.

In the entries on the docket in a case before a justice of the peace it is not
sufficient to state the names of the parties, the action, as that it was as-
sumpsit, and the sum demanded, but it must also state the cause of ac-
tion, or the ground of indebtedness on which it is founded.

CERTIORARI. The record of the justice of the peace
stated the docket entries as follows : Action of assumpsit.
Amount demanded $10. Summons issued Feb. 14, 1859,
to constable Riggs, returnable &c.

The error assigned was that the record did not state or
show the cause of action in the suit.

*By the Court :* The statute requires that every justice of
the peace shall make a fair entry in his docket of every
action commenced before him, therein setting down the
names of the parties, the cause of action, the sum de-
manded, the day of issuing process and when it is return-
able &c. This the justice had done in the present case in
all respects, except in one important particular. He has
set down the names of the parties, the action which he
states was assumpsit and the sum demanded, $10. But
whilst he has stated the character or nature of the action,
he has wholly failed and omitted to state the cause of
action, or the ground of the demand, or the nature of
the indebtedness and promise on which the action of as-
sumpsit was founded and in which the sum of ten dollars
was demanded. This might have been either for goods
sold and delivered, for work and labor, for money ad-
vanced paid, laid out and expended, or on account stated,
or even on a promissory note, or due bill for that amount,
or for any cause of action in assumpsit cognizable before
a justice under the statute. But whatever it was, he has
entirely omitted to state the cause of the action. The
importance of this omission it is unnecessary to notice,
as the reasons for the requirement are obvious and the
words of the statute are express and positive. The case
must therefore be reversed.